# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MARIA LYNN STEELE,
Plaintiff,

v.

DAVOL, INC. and C. R. BARD, INC.,
Defendants.

Court File No. 08-CV-343 JRT/FLN
MDL No. 1842 ML

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I caused the following documents:

- Summons;
- Complaint; and
- Civil Cover Sheet

to be filed electronically with the Clerk of Court through New Case Filing by email to newcases@mnd.uscourts.gov, and that ECF will send an e-notice of the electronic filing to the following:

Donald A. Migliori, Plaintiff Liaison Counsel (dmigliori@motleyrice.com)

I further certify that on February 14, 2008, I caused a copy of the foregoing documents and a notice of electronic filing as well as the following documents:

- Notice of Lawsuit and Request for Waiver of Service of Summons;
- Waiver of Service of Summons (2 copies) to be signed by Defendants' Counsel; and
- Postage Paid Return Envelope

to be sent by first class mail, postage paid, to the following:

Brian L. Burlew (Defendants' Counsel for Service of Process), Legal Department, C.R. Bard, Inc., 730 Central Avenue, Murray Hill, NJ 07974

Dated: February 14, 2008

CHARLES H. JOHNSON & ASSOCIATES, PA

**s/ Charles H. Johnson**
Charles H. Johnson (Bar #50696)
Attorney for Plaintiff
2599 Mississippi Street
New Brighton, MN 55112
(651) 633-5685