CLOSED, CV, JRTLC1

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00343−JRT−FLN

Steele v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 02/08/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Maria Lynn Steele** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350 receipt number 4019251) Filed by Maria Lynn Steele. Assigned to Judge John R. Tunheim per Master List and referred to Magistrate Judge Franklin L. Noel. (Attachments: # 1 Civil Cover Sheet) (akl) QC'd by JME (Entered: 02/08/2008) |
| 02/08/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (akl) (Entered: 02/08/2008) |
| 02/14/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on February 14, 2008 by Maria Lynn Steele. Waiver of Service due by 3/17/2008. (Attachments: # 1 Consent Form Waiver of Service of Summons Form)(Johnson, Charles) (Entered: 02/14/2008) |
| 02/14/2008 | " 3 | CERTIFICATE OF SERVICE by Maria Lynn Steele re 1 Complaint, 2 Request for Waiver of Service, Summons Issued (Johnson, Charles) (Entered: 02/14/2008) |
| 02/28/2008 | " 4 | WAIVER OF SERVICE Returned Executed filed by Maria Lynn Steele. Davol, Inc. waiver sent on 2/14/2008, answer due 4/14/2008; C.R. Bard, Inc. waiver sent on 2/14/2008, answer due 4/14/2008. (Johnson, Charles) (Entered: 02/28/2008) |

| | | |
|---|---|---|
| 04/01/2008 | " 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−16), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (akl) (Entered: 04/02/2008) |